### 2163. RUCKER *v.* THE STATE.

HILL, C. J. 1. The first ground of the amended motion for a new trial is not verified by the trial court, and therefore will not be considered.

2. The trial judge did not abuse his discretion in refusing to grant a new trial because of the alleged newly discovered testimony, the testimony being both cumulative and impeaching.

3. No error appears, and the verdict is supported by the evidence.

*Judgment affirmed.*

Accusation of assault and battery, from city court of Cordele— Judge Strozier. September 7, 1909.

Argued October 25,—Decided November 9, 1909.

*W. H. Dorris,* for plaintiff in error.

*M. M. Eakes, solicitor,* contra.